FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OCT 2 3 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-30256-MJR |
| | ) | |
| vs. | ) | Title 7 |
| | ) | United States Code |
| RAMI M. ABOU AMRA, a/k/a "Lucky", | ) | Section 2024(b) |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Unauthorized Acquisition of SNAP Benefits**

On or about July 17, 2012, in St. Clair County, within the Southern District of Illinois,

**RAMI M. ABOU AMRA, a/k/a "Lucky",**

defendant, did knowingly use, acquire and possess benefits in a manner contrary to law, to wit:

those benefits being Supplemental Nutrition Assistance Program or "SNAP" (formerly known as

the Food Stamp program) benefits administered through Electronic Benefit Transfer or "EBT"

cards used, acquired and possessed in exchange for cash and having a value of over $100.00, in

violation of Title 7, United States Code, Section 2024(b).

### COUNT 2

**Unauthorized Acquisition of SNAP Benefits**

On or about July 19, 2012, in St. Clair County, within the Southern District of Illinois,

**RAMI M. ABOU AMRA, a/k/a "Lucky",**

defendant, did knowingly use, acquire and possess benefits in a manner contrary to law, to wit:

those benefits being Supplemental Nutrition Assistance Program or "SNAP" (formerly known as

the Food Stamp program) benefits administered through Electronic Benefit Transfer or "EBT"

cards used, acquired and possessed in exchange for cash and having a value of over $100.00, in

violation of Title 7, United States Code, Section 2024(b).

## COUNT 3

### Unauthorized Acquisition of SNAP Benefits

On or about July 19, 2012, in St. Clair County, within the Southern District of Illinois,

**RAMI M. ABOU AMRA, a/k/a "Lucky",**

defendant, did knowingly use, acquire and possess benefits in a manner contrary to law, to wit:

those benefits being Supplemental Nutrition Assistance Program or "SNAP" (formerly known as

the Food Stamp program) benefits administered through Electronic Benefit Transfer or "EBT"

cards used, acquired and possessed in exchange for cash and having a value of over $100.00, in

violation of Title 7, United States Code, Section 2024(b).

A TRUE BILL

FOREPERSON

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

RANLEY R. KILLIAN
WILLIAM E. COONAN
Assistant United States Attorneys

Recommended Bond: $10,000 unsecured

2